No. 533. HOWARD ET AL. *v.* RANDALL & McALLISTER ET AL. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William F. Purdy* for petitioners. *Messrs. Horace L. Cheyney* and *Albert T. Gould* for respondents.

No. 563. REIKES *v.* LOWENSTEIN, TRUSTEE IN BANKRUPTCY. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. David Haar* for petitioner. No appearance for respondent. See also 54 F. (2d) 481.

Nos. 521 and 522. BIRMINGHAM *v.* GRAVES, STATE COMMISSIONER OF EDUCATION. January 9, 1933. Petition for writs of certiorari to the Supreme Court and to the Court of Appeals of the State of New York denied. MR. JUSTICE CARDOZO took no part in the consideration or decision of this application. *Miss Agnes V. Birmingham, pro se. Mr. Henry Epstein* for respondent.

No. 524. MANISTIQUE & LAKE SUPERIOR R. Co. *v.* MUSGROVE, ADMINISTRATRIX. January 9, 1933. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. George H. Beckwith* and *Gustavus Ohlinger* for petitioner. No appearance for respondent.

No. 525. BRITTON *v.* UNITED STATES. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John B. Boddie* for petitioner. *Solicitor General Thacher,* and *Messrs.*